# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

KELLIE CLARK,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

Case No.: 3:24-CV-237

District Judge Thomas M. Rose

**ORDER OF DISMISSAL: TERMINATION ENTRY**

    The Court having been advised by Counsel for the parties that this matter has been settled, and Counsel for the parties having provided approval to enter a conditional dismissal, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated.

    Prior to the end of the time frame to reopen this action, the parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any substituted judgment entry. The undersigned also requires that, if the parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to his chambers).

    IT IS SO ORDERED.

                                                                    *s/Thomas M. Rose*

                                                                      Honorable Thomas M. Rose
                                                                      United States District Judge